JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RAG & BONE HOLDINGS, LLC. | Case No. CV12-8794 CAS (PJWx) |
| Plaintiff, | **STIPULATED PERMANENT INJUNCTION** |
| -v- | |
| JAMES HAMMONDS, | |
| Defendant. | |

## ORDER AND PERMANENT INJUNCTION

The Court has jurisdiction over the subject matter at issue in this action. The Defendant consents to the personal jurisdiction of this Court for the purpose of entry and enforcement of this Stipulation and Order and Permanent Injunction.

The Defendant, and its principals, officers, agents, servants, employees, attorneys, successors and assigns, and any persons acting in active concert or participation with them who receive actual notice of this Stipulation and Order and Permanent Injunction by personal service or otherwise, shall be immediately and permanently and forever enjoined from using the RAG & BONE Trademark, the RAG & BONE Logo , or any confusing or colorable imitations thereof, including RAGE & BONE, in connection with the Websites www.rageandbone.com, http://rageandbone.tumblr.com, and any other website the Defendant may purchase, own, operate, or maintain, whether directly or indirectly.

This Stipulation and Order and Permanent Injunction is final and may not be appealed by any party.

Rag & Bone's claims against the Defendant in this action shall be dismissed with prejudice, except that the Court shall retain jurisdiction to enforce this Stipulation and Order and Permanent Injunction and the Settlement Agreement and Release between the parties.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DONE AND ORDERED this 11th day of December, 2012.

_____
The Honorable Christina A. Snyder

United States District Judge